**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1163**

---

ARTHUR O. ARMSTRONG,

                                        Plaintiff - Appellant,

        versus

KOURY CORPORATION,

                                        Defendant - Appellee,

        and

HOLIDAY INN,

                                        Defendant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Sr., District Judge.  (CA-96-87-2)

---

Submitted:  April 17, 1997          Decided:  April 30, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Arthur O. Armstrong, Appellant Pro Se.  Jonathan A. Berkelhammer, SMITH, HELMS, MULLISS & MOORE, L.L.P., Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to the Defendants in a discrimination case. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Armstrong v. Koury Corp.</u>, No. CA-96-87-2 (M.D.N.C. Jan. 2, 1997). Additionally, we deny Appellant's motion to amend his complaint and Appellee's motion to strike. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>